## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAKHSHAN PASHAYEV** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **SECTION** |
| | * | |
| | * | **JUDGE** |
| | * | |
| **KEVIN GROS CONSULTING &** | * | **MAGISTRATE JUDGE** |
| **MARINE SERVICES, INC.,** | * | |
| **KEVIN GROS OFFSHORE, L.L.C and** | * | |
| **EMILY GROS OFFSHORE, L.L.C** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **COMPLAINT FOR DAMAGES**

The Complaint For Damages of RAKHSAN PASHAYEV, a person of the full age of majority who is a citizen of the State of Louisiana, residing in Mandeville, Louisiana, respectfully represents that:

**I.**

Made defendants herein are:

1. KEVIN GROS CONSULTING & MARINE SERVICES, INC. a Louisiana Corporation with its principal place of business in Larose, Louisiana, and, hence, its residence within the jurisdiction of this judicial district.

2. KEVIN GROS OFFSHORE, L.L.C., a Louisiana Limited Liability Company with its principal place of business in Larose, Louisiana, and, hence, its residence within the jurisdiction of this judicial district.

3. EMILY GROS OFFSHORE, L.L.C., a Louisiana Limited Liability Company with its principal place of business in Larose, Louisiana, within the jurisdiction of this judicial district.

**II.**

This action arises under the General Maritime Law, 28 U.S.C. Section 1333.

**III.**

On November 7, 2015, between 0900 to 1030hours, the M/V EMILY G collided with – "T-boned" – a large shrimp boat in the Gulf of Mexico off the coast of Louisiana.

**IV.**

At all material times hereto, including at the time of the collision of November 7, 2015, the M/V EMILY G was owned, and/or operated by defendant KEVIN GROS CONSULTING & MARINE SERVICES, INC., defendant KEVIN GROS OFFSHORE, L.L.C. and/or defendant EMILY GROS OFFSHORE, L.L.C.

**V.**

At all material times hereto, including before and at the time of the collision of November 7, 2015, the captain and the crew members of the M/V EMILY G were employed by and/or acting on behalf of defendant KEVIN GROS CONSULTING & MARINE

SERVICES, INC., defendant KEVIN GROS OFFSHORE, L.L.C. and/or defendant EMILY GROS OFFSHORE, L.L.C.

## VI.

At all material times hereto, including at the time of the collision at issue in this action that occurred on November 7, 2015, plaintiff RAKHSHAN PASHAYEV, an employee/Sr. Inspector of Offshore Technical Compliance, L.L.C., was a passenger aboard the M/V EMILY G that was transporting plaintiff to a lift boat in the Gulf where he was to perform his work duties. At the time of the collision, plaintiff was asleep in a bunk bed to which he was assigned. The hard impact from the collision lifted up plaintiff's body and slammed him into the adjacent metal wall/bulkhead. After the collision someone screamed that "we are taking on water" and said to go to the upper deck, to the bridge. While on the bridge, plaintiff heard the captain say that "they are going to take my captain's license away" or words to that effect.

## VII.

As a result of the aforementioned collision, plaintiff sustained severe painful and/or disabling injuries to his neck, back and left shoulder, and a concussion with headaches, dizziness, personality changes and problems concentrating, among other injuries that will be shown at trial. To the extent plaintiff had a pre-existing condition(s) or injury(ies), if any, such pre-existing condition(s) or injury(ies) was/were aggravated, activated and/or worsened by the incident in question.

According to the radiologist's report of plaintiff's cervical spine MRI of March 29, 2016, plaintiff has: a moderately prominent right paracentral disc herniation and osteophyte complex with posterior displacement and slight flattening of the cervical cord at C5-C6; and a mild central disc protrusion or herniation with extradural compression of the thecal sac at C4-C5.

According to the radiologist's report of his left shoulder MRI of March 29, 2016, plaintiff has: a SLAP tear involving and extending from the anterior and posterior labrum; mild/moderate tears of the supraspinatus and infraspinatus tendons; and a mild partial thickness articular sided tear of the anterior fibers of the infraspinatus tendon.

Plaintiff's lumbar MRI of March 7, 2016 was reported as showing: multilevel spondylosis resulting in mild to moderate foraminal stenosis at L5-S1; and posterior disc bulges at L4-5 and L5-S1 with mild to moderate bilateral stenosis.

In addition, as a result of taking Naproxen and/or other medicines that were prescribed for his aforementioned injuries, his ulcerative proctitis, a chronic inflammatory bowel disease, which had been in remission, was activated, aggravated, exacerbated, worsened and/or made symptomatic, causing plaintiff to suffer unusual rectal bleeding and severe defecation problems.

**VIII.**

The aforementioned incident and resulting injuries sustained by plaintiff were in no way caused by any negligence on his part, but, to the contrary, were caused solely by the negligence of the captain and/or crew of the M/V EMILY G, for whom defendant KEVIN

GROS CONSULTING & MARINE SERVICES, INC., defendant KEVIN GROS OFFSHORE, L.L.C. and/or defendant EMILY GROS OFFSHORE, L.L.C. are responsible/liable, jointly and in solido, in the following particulars, among others, which will be shown at the trial of this matter.

1) The captain and vessel failed to maintain a proper lookout, monitor the vessel's radar and radio and/or see and/or hear what should have seen or heard;

2) The captain failed to determine/identify a risk of collision with the shrimp boat;

3) The captain failed to take action to avoid a collision with the shrimp boat;

4) The captain was inattentive to his duty to safety operate the M/V Emily G;

5) The captain operated the M/V EMILY G in a careless and reckless manner;

6) The captain consciously chose not to follow the applicable rules of navigation;

7) The captain consciously chose not to follow defendants' safety rules;

8) Any negligent conduct identified by the U.S. Coast Guard in its investigation of this collision; and

9) Any negligence that is shown through future discovery or investigation of this collision.

**IX.**

As a result of the foregoing, plaintiff RAKHSHAN PASHAYEV is entitled to recover damages from defendant KEVIN GROS CONSULTING & MARINE SERVICES, INC., defendant KEVIN GROS OFFSHORE, L.L.C. and/or defendant EMILY GROS OFFSHORE, L.L.C. in an amount that is reasonable in the premises for the following: past, and future pain and suffering, both physical and mental; permanent disabilities; past and

future medical and related expenses; loss of life's pleasures and enjoyment; and/or loss of future earnings, earning capacity and/or benefits.

**WHEREFORE**, plaintiff RAKHSHAN PASHAYEV prays that there be judgment herein in his favor and against defendant KEVIN GROS CONSULTING & MARINE SERVICES, INC., defendant KEVIN GROS OFFSHORE, L.L.C. and/or defendant EMILY GROS OFFSHORE, L.L.C., jointly and in solido, in an amount that is reasonable in the premises, which will fully and completely compensate plaintiff for all of the damages, losses and harms that he has sustained and will sustain as a result of the injuries caused by the collision in question, together with legal interest thereon from the date of plaintiff's accident (or, alternatively, from the date of judicial demand) until paid and for all costs of these proceedings.

Plaintiff also prays for all general and equitable relief.

Respectfully submitted

*/s/ Terrence J. Lestelle*
**TERRENCE J. LESTELLE - 8540**
**ANDREA S. LESTELLE - 8539**
**RICHARD M. MORGAIN - 32603**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone: (504) 828-1224
Fax: (504) 828-1229
lestelle@lestellelaw.com

**ATTORNEYS FOR CLAIMANT**
**RAKHSHAN PASHAYEV**